UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIBERTY MUTUAL
INSURANCE COMPANY,

    Plaintiff,                                   Case No: 8:14-cv-00687-JSM-TGW

v.

DEYANIRA GARCIA, REYNALDO
PEREZ, LUIS A. MENDEZ,
LADISLEIDYS CUELLAR, YONREL
SUAREZ, JENNIFER GARCIA,
JESSICA GARCIA, and AFO IMAGING, INC.
d/b/a ADVANCED DIAGNOSTIC GROUP,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LUIS A. MENDEZ, LADISLEIDYS CUELLAR, DEYANIRA GARCIA AND REYNALDO PEREZ

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default Judgment as to Luis a. Mendez, Ladisleidys Cuellar, Deyanira Garcia and Reynaldo Perez [Doc #21]. The Court having considered the motion, the Clerk having an entered a default against Luis A. Mendez, Ladisleidys Cuellar, Deyanira Garcia and Reynaldo Perez and being otherwise fully advised in the premises, it is hereby:

    ORDERED and ADJUDGED that

    1.    Plaintiff's Motion for Entry of Default Judgment against LUIS A. MENDEZ, LADISLEIDYS CUELLAR, DEYANIRA GARCIA and REYNALDO PEREZ [Doc #21] is **GRANTED**.

2

      2.      As to Defendants LADISLEIDYS CUELLAR, LUIS A. MENDEZ, DEYANIRA GARCIA and REYNALDO PEREZ, this Court declares that the re-issued Policy is rescinded, that any coverage for the Mercedes, or for the benefit of its owner/driver or occupants, is void due to the material representations, misstatements and/or omissions made by DEYANIRA GARCIA and that the Policy does not cover any of the claims arising out of the August 17, 2013 motor vehicle accident.

      DONE and ORDERED in Chambers at Tampa, Florida, on this 16th day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-687 default final judgment order.docx