# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LM INSURANCE CORPORATION,

    Plaintiff,

v.                                  Case No: 8:14-cv-687-T-30TGW

DEYANIRA GARCIA, REYNALDO
PEREZ, LUIS A. MENDEZ,
LADISLEIDYS CUELLAR, YONREL
SUAREZ, JENNIFER GARCIA and
JESSICA GARCIA,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Motion for Entry of Final Judgment (Dkt. #50). The Court previously entered a Final Judgment in favor of Plaintiff and against Defendants, Deyanira Garcia, Luis Mendez, Reynaldo Perez, and Ladisleidys Cuellar (Dkt. # 22). Upon review and consideration, it is therefore

**ORDERED AND ADJUDGED** that:

    1.    Plaintiff's Unopposed Motion for Entry of Final Judgment (Dkt. #50) is **GRANTED**.

    2.    Final Judgment is entered against all remaining Defendants, Yonral Suarez, Jennifer Garcia, and Jessica Garcia, and in favor of Plaintiff, LM Insurance Corporation, with the parties to bear their own fees and costs.

3. This Court further declares and adjudicates that the re-issued Policy is rescinded, that any coverage for the Mercedes, or for the benefit of its owner, driver or occupants, is void due to the material representations, misstatements and omissions made by Deyanira Garcia and that the Policy (No. A05-251-776816-70) does not cover any of the claims arising out of the August 17, 2013 motor vehicle accident.

4. The Clerk of Court is hereby directed to enter Final Judgment against Defendants Yonral Suarez, Jennifer Garcia, and Jessica Garcia, and in favor of Plaintiff, LM Insurance Corporation.

5. The Court denies all pending motions as moot and directs the Clerk of Court to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2014\14-cv-687 final judgment.docx